| | | | |
|---|---|---|---|
| Com. v. Adams | 1529 EDA 2015<br>Vacated and<br>Remanded | 06/07/2016 | CP–51–CR–0013625–<br>2012<br>(Philadelphia) |
| Com. v. Simmons [9] | 2434 EDA 2015<br>Affirmed | 06/07/2016 | CP–51–CR–0808801–<br>1989<br>(Philadelphia) |
| M.T.L. v. L.P.Z. | 2919 EDA 2015<br>Affirmed | 06/07/2016 | No. 08–13842<br>(Chester) |
| Com. v. Barends | 3206 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 06/07/2016 | CP–48–CR–0000652–<br>2015<br>(Northampton) |
| Com. v. Tutt | 3293 EDA 2015<br>Affirmed | 06/07/2016 | CP–48–SA–0000289–<br>2014<br>(Northampton) |
| Grassy Meadows, II, LLC v. Shavei-<br>tzion | 1003 MDA 2015<br>Affirmed | 06/07/2016 | 2007–CV–331<br>(Wyoming) |
| Com. v. Dunn | 1273 MDA 2015<br>Affirmed | 06/07/2016 | CP–22–CR–0005197–<br>2010<br>(Dauphin) |
| Com. v. Krause | 1455 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 06/07/2016 | CP–38–CR–0001715–<br>2014<br>(Lebanon) |
| Com. v. Mixon–Love | 1639 MDA 2015<br>Affirmed | 06/07/2016 | CP–41–CR–0001871–<br>2014<br>(Lycoming) |
| Com. v. Seabury | 1734 MDA 2015<br>Affirmed | 06/07/2016 | CP–36–CR–0002212–<br>2000<br>(Lancaster) |
| Com. v. Runk | 1886 MDA 2015<br>Affirmed | 06/07/2016 | CP–36–CR–0005515–<br>2014<br>(Lancaster) |
| Com. v. Brown | 345 WDA 2015<br>Affirmed | 06/07/2016 | CP–17–CR–0001007–<br>2013<br>(Clearfield) |
| Com. v. Mills [10] | 888 WDA 2015<br>Affirmed | 06/07/2016 | CP–53–CR–0000022–<br>2012<br>(Potter) |
| Com. v. Trumphour | 1441 WDA 2015<br>Affirmed | 06/07/2016 | CP–43–CR–0000040–<br>2015<br>(Mercer) |
| Com. v. Zigler | 1500 WDA 2015<br>Affirmed | 06/07/2016 | CP–25–CR–0001472–<br>2000<br>(Erie) |

**9.** Petition for reargument denied August 02, 2016.

**10.** Petition for reargument denied August 11, 2016.